UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Bonnie J Felton,
Debtor

Case No.: 26-24207-gmh
Chapter 13

# OBJECTION OF CREDITOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CABANA SERIES IV TRUST, TO CONFIRMATION OF THE PROPOSED CHAPTER 13 PLAN

U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust—a secured creditor—objects to confirmation of the proposed plan based on the following grounds:

1. The creditor holds a secured mortgage lien interest in the real estate located at 2571 N. 13th Street, Milwaukee, WI 53206.
2. The proposed plan does not comply with the provisions of Chapter 13 because:
   a. The creditor has not accepted the proposed plan;
   b. The proposed plan, § 3.1., does not include an interest rate for interest repayment on the arrearage, as required by the applicable loan.

Accordingly, the creditor objects to confirmation of the proposed plan in its current form, and requests that a hearing be scheduled, that the clerk issue notice of said hearing to the appropriate parties, that any request for confirmation be denied, and that the creditor be awarded such further relief as the court deems just and equitable.

Dated: 9/16/2026

Eric Feldman & Associates, P.C.,
Attorneys for Creditor

Bryan M. Ward, WI Bar # 1066268
Of counsel

***This is an attempt to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a Chapter 7 bankruptcy case, this communication is not, and should not be construed as, an attempt to hold you personally liable for any discharged debt.***

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Bonnie J Felton,
Debtor

Case No.: 26-24207-gmh
Chapter 13

CERTIFICATE OF MAILING

STATE OF WISCONSIN, MILWAUKEE COUNTY

I, Bryan M. Ward, certify that on the date of 9/16/2026, copies of these documents— Objection to proposed plan, Certificate of mailing—were mailed, properly enclosed in a postage paid envelope, or served electronically if the party accepts electronic service, to the following:

Via US Mail: Bonnie J Felton
2571 N. 13th St.
Milwaukee, WI 53206

Via ECF: Debtor's Attorney
Chapter 13 Trustee
U.S. Bankruptcy Trustee

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Bryan M. Ward
1345 N. Jefferson St. # 244
Milwaukee, WI 53202
304-972-7111
bmw@bryanwardlaw.com

***This is an attempt to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a Chapter 7 bankruptcy case, this communication is not, and should not be construed as, an attempt to hold you personally liable for any discharged debt.***