So Ordered.

Dated: November 4, 2026

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re:

Bonnie J Felton, | Case No. 26-24207-gmh
Chapter 13

Debtor.

---

**ORDER**

---

On October 27, 2026, the court entered an order after it reviewed U.S. Bank Trust N.A.'s objection to confirmation of the debtor's chapter 13 plan, requiring U.S. Bank to file a memorandum in support of the objection or withdraw the objection and "file a memorandum explaining how its objection complied with Rule 9011(b) . . . ." ECF No. 37, at 3.

On November 3, 2026, U.S. Bank withdrew its objection to confirmation and filed a memorandum in response to the court's order. ECF No. 44. Based on the court's review of the memorandum's showing of good cause, IT IS HEREBY ORDERED that the court will not take further action with respect to U.S. Bank's objection to

confirmation, including on the court’s October 27 order, and the objection is deemed withdrawn.

#####